UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IMANI MOLDER,<br><br>        Plaintiff,<br><br>v.<br><br>GOODMAN DISTRIBUTION, INC.; and DOES 1 through 20, inclusive,<br><br>        Defendants. | CASE NO.: 2:19-cv-00830-KJM-EFB<br><br>[~~PROPOSED~~] ORDER GRANTING JOINT STIPULATION RESCHEDULING SETTLEMENT CONFERENCE |

This Court, having reviewed and considered the joint stipulation, and good cause appearing therefore,

IT IS HEREBY ORDERED that:

1. The Settlement Conference currently on calendar for February 13, 2020 is continued to April 20, 2020.

DATED this 11 day of February, 2020.

_____
United States Magistrate Judge

61684390v.1

[PROPOSED] ORDER GRANTING JOINT STIPULATION RESCHEDULING SETTLEMENT CONFERENCE